# In the United States Court of Federal Claims

No. 23-2116
(Filed: December 21, 2023)

```
* * * * * * * * * * * * * * * * * *  *
                                      *
LIFE SCIENCE LOGISTICS, LLC,          *
                                      *
                                      *
                                      *
                  Plaintiff,          *
                                      *
      v.                              *
                                      *
THE UNITED STATES,                    *
                                      *
                                      *
                  Defendant.          *
                                      *
                                      *
* * * * * * * * * * * * * * * * * *  *
```

## ORDER

      For the reasons articulated during oral argument and in the Court's bench opinion on December 21, 2023, the Court concludes that the General Services Administration's decision to override the automatic stay imposed under the Competition in Contracting Act, 31 U.S.C. § 3553, lacks a rational basis.  Accordingly, GSA's determination and findings, signed on December 7, 2023, are set aside.  By operation of law, the automatic stay in Plaintiff's GAO protest is **REINSTATED**.  Plaintiff's motion for declaratory judgment, ECF No. 3, is hereby **GRANTED**.  And, Plaintiff's motion for a temporary restraining order and for injunctive relief, ECF No. 3, are **DENIED** as moot.  The Clerk shall enter judgment accordingly.

**IT IS SO ORDERED.**

                                                  s/ Zachary N. Somers
                                                  ZACHARY N. SOMERS
                                                  Judge